GREGORY P. WONG (SBN: 204502)
GregW@lyfe.com
LYFE LAW, LLP
864 S. Robertson Blvd., 3rd Floor
Los Angeles, CA 90035
Telephone: 888.203.1422
Facsimile: 888.203.1424

Attorneys for Plaintiff
Stella Mae Hill

J. Edward Brooks (SBN 247767)
Alexandra Darling (SBN 345299)
Gavrilov & Brooks
2315 Capitol Avenue
Sacramento, CA 95816
Tel.: (916) 504-0529
Fax.: (916) 727-6877
Email:  ebrooks@gavrilovlaw.com
Email: adarling@gavrilovlaw.com

Attorneys for Defendant
Gergun Transportation Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| STELLA MAE HILL, an Individual, | **CASE NO.: 2:24-cv-01751-CSK** |
| Plaintiff, | **Assigned to: The Hon. Chi Soo Kim** |
| vs. | **[PROPOSED] MODIFIED ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| GERGUN TRANSPORTATION INC., a South Carolina Corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | |

1

Pursuant to the Parties' Joint Stipulation of Dismissal with Prejudice, and for good cause shown, the Court ORDERS as follows:

1) The Parties' Joint Stipulation of Dismissal with Prejudice is GRANTED;

2) All claims in the above-entitled action are dismissed in their entirety with prejudice.

3) Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: November 12, 2024_

_____
Hon. Chi Soo Kim
United States Magistrate Judge

4, hill1751.24